## RUEDE *v.* STATE OF INDIANA.

[No. 24,373. Filed June 27, 1924.]

From Delaware Circuit Court; *Clarence W. Dearth,* Judge.

Prosecution by State of Indiana against Frank Ruede. From a judgment of conviction, the defendant appeals. *Affirmed.*

*William A. McClellan* and *William A. Thompson,* for appellant.
*U. S. Lesh,* Attorney-General, and *Mrs. Edward Franklin White,* Deputy Attorney-General, for the State.

GAUSE, J.—Appellant was convicted of a violation of chapter 34 of the Acts of 1923, Acts 1923 p. 108, which prohibits the transportation of intoxicating liquors in an automobile, etc.

All the questions raised and discussed by appellant were considered and decided adversely to his contention in the cases of *Asher* v. *State* (1924), 194 Ind. 553, 142 N. E. 407, and *Volderauer* v. *State* (1924), *ante* 415, 143 N. E. 674, and upon the authority of those cases the judgment is affirmed.